Larisa Migachyov (264669)
LAW OFFICES OF LARISA MIGACHYOV
Post Office Box 2061
San Francisco, California 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

*Attorney for Plaintiff*
SMARTDATA, S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 12-CV-00583-YGR<br><br>SMARTDATA, S.A.'S ANSWER TO APPLE INC.'S COUNTERCLAIMS TO AMENDED COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff SMARTDATA, S.A. ("SmartData") respectfully submits its Answer to the Counterclaims alleged in Apple, Inc.'s ("Apple") Answer and Counterclaims to SmartData's Amended Complaint, and states as follows. Unless specifically admitted herein, SmartData denies each and every allegation, matter, and thing contained in Apple's Answer and Counterclaims and each and every portion thereof.

## JURISDICTION AND VENUE

1. Admitted.

2. Admitted.

3. SmartData admits that personal jurisdiction is minimally proper in this Court for the purposes of these counterclaims.

4. Admitted.

5. Admitted.

## FIRST COUNTERCLAIM

6. In answering Paragraph 6 of Apple's Counterclaims, SmartData hereby incorporates its answers to each of the allegations set forth in Paragraphs 1 through 5 of Apple's Counterclaims.

7. Admitted.

8. Denied.

9. Admitted.

10. SmartData denies that Apple has been injured or damaged by SmartData, but admits that it has filed a complaint asserting infringement of the '757 patent. SmartData denies that the '757 patent is not infringed by Apple.

11. SmartData denies that a declaration of non-infringement is proper in this case, and denies that the '757 patent is not infringed by any products made, used, sold, offered for sale in, or imported into, the United States by Apple.

## SECOND COUNTERCLAIM

12. In answering Paragraph 12 of Apple's Counterclaims, SmartData hereby incorporates its answers to each of the allegations set forth in Paragraphs 1 through 5 of Apple's Counterclaims.

13. Admitted.

14. Denied.

15. Admitted.

16. SmartData denies that Apple has been injured and damaged by SmartData, but admits that it has filed a complaint asserting infringement of the '757 patent. SmartData denies that the '757 patent is invalid.

17. SmartData denies that declaratory relief establishing invalidity of the '757 patent is proper in this case, and denies that the '757 patent is invalid.

**APPLE'S PRAYER FOR RELIEF**

To the extent that this section may be deemed to allege any facts or any factual or legal entitlement to the relief requested, SmartData denies each and every such allegation.

Dated: April 23, 2012

Respectfully submitted,

By: */s/ Larisa Migachyov*

**LAW OFFICES OF LARISA MIGACHYOV**
Post Office Box 2061
San Francisco, CA 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

*Attorney for Plaintiff*