United States District Court
Northern District of California

1

2          **UNITED STATES DISTRICT COURT**

3          **NORTHERN DISTRICT OF CALIFORNIA**

4

5
                                                    Case No.: C-12-0583-YGR
6   **SMARTDATA, S.A.,**
                                                    **ORDER RE-SETTING CASE MANAGEMENT**
7              **Plaintiff,**                        **CONFERENCE**

8          **vs.**

9   **APPLE, INC.,**

10             **Defendant.**

11

12  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

13         YOU ARE HEREBY NOTIFIED THAT, the initial Case Management Conference in this matter is

14  **RE-SET** to **Monday, June 11, 2012** at **2:00 p.m.**, at the United States District Court for the Northern

15  District of California, Ronald V. Dellums Federal Building, Oakland, in a courtroom to be designated.

16         The July 23, 2012 at 2:00 p.m. Case Management Conference date is **VACATED**.

17         **IT IS SO ORDERED.**

18  Dated: April 27, 2012

19                                              _____
                                                **YVONNE GONZALEZ ROGERS**
20                                              **UNITED STATES DISTRICT COURT JUDGE**

21

22

23

24

25

26

27

28