# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SMARTDATA, S.A.,**<br>    **Plaintiff,**<br>    vs.<br>**APPLE, INC.,**<br>    **Defendant.** | Case No.: C-12-0583-YGR<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the initial Case Management Conference in this matter is **RE-SET** to **Monday, June 11, 2012** at **2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, in a courtroom to be designated.

The July 23, 2012 at 2:00 p.m. Case Management Conference date is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**