**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SMARTDATA, S.A.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**APPLE, INC.,**<br><br>    Defendant. | Case No.: 12-CV-00583 YGR<br><br>**ORDER RE: DISCOVERY LETTER BRIEF REGARDING PROTECTIVE ORDER** |

The Court has reviewed the parties' Joint Letter Brief regarding disputed language in a protective order. The issue presented is: "Whether the agreed-upon patent prosecution bar provision in the Joint Protective Order should include reexamination of the patent-in-suit."

The prosecution bar provision of the Protective Order shall include reexamination of the patent-in-suit.

This ruling is without prejudice to allow Plaintiff to move to modify the protective order on the grounds that a reexamination request is being used for an improper purpose by the Defendant, in which case, the Court will consider on a case-by-case basis whether Plaintiff's in-house litigation counsel can participate in a reexamination.

The proposed Joint Protective Order shall be revised to reflect this Order, and resubmitted.

This Order Terminates Dkt. No. 30.

**IT IS SO ORDERED.**

Date: October 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**