**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SMARTDATA, S.A.,**<br>    **Plaintiff,**<br>    vs.<br>**APPLE, INC.,**<br>    **Defendant.** | Case No.: 12-CV-0583 YGR<br><br>**ORDER MOVING TECHNOLOGY TUTORIAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the date for the Technology Tutorial in this matter shall be held on **Tuesday, January 15, 2013** at **9:30 a.m.** All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Date: November 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**