MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

DAVID ALBERTI, Bar No. 220625
dalberti@feinday.com
YAKOV ZOLOTOREV, Bar No. 224260
yzolotorev@feinday.com
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO. 12-CV-00583-YGR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41 AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff SMARTDATA, S.A. ("SmartData") and Defendant APPLE INC. ("Apple") have settled their respective claims for relief asserted in this case and, therefore, move for an order dismissing all claims brought by SmartData in this action WITH PREJUDICE, and dismissing all counterclaims brought by Apple in this action WITHOUT PREJUDICE. Each party will bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED AND AGREED.

Dated: January 24, 2013        /s/ Larisa Migachyov
　　　　　　　　　　　　　　　　Larisa Migachyov
　　　　　　　　　　　　　　　　LAW OFFICES OF LARISA MIGACHYOV
　　　　　　　　　　　　　　　　Post Office Box 2061
　　　　　　　　　　　　　　　　San Francisco, California 94126-2061
　　　　　　　　　　　　　　　　Tel.: 650.218.5480
　　　　　　　　　　　　　　　　Email: larisa@lvmpatents.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　SMARTDATA, S.A.


Dated: January 24, 2013        /s/ Christine K. Corbett
　　　　　　　　　　　　　　　　Mark D. Fowler
　　　　　　　　　　　　　　　　Christine K. Corbett
　　　　　　　　　　　　　　　　DLA Piper LLP (US)
　　　　　　　　　　　　　　　　2000 University Avenue
　　　　　　　　　　　　　　　　East Palo Alto, CA 94303
　　　　　　　　　　　　　　　　Telephone: (650) 833-2000
　　　　　　　　　　　　　　　　Facsimile: (650) 833-2001

　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　Apple Inc.

## [PROPOSED] ORDER

Plaintiff SmartData, S.A. and Defendant Apple Inc. announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by SmartData, S.A. herein are dismissed, with prejudice, and all counterclaims for relief against SmartData, S.A. by Apple Inc. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: _____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE